IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| Anna Bird, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-4036-CV-C-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed December 2, 2013 [Doc. 27]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed December 2, 2013 [Doc. 27] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $5,845.50

                                          */s/ John T. Maughmer*
                                              **John T. Maughmer**
                                     **United States Magistrate Judge**